UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HKA GLOBAL, LLC,

                      Plaintiff,

-against-

ESH FORT MYERS, LLC, et al.,

                      Defendants.

24-CV-8129 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 25, 2024, Defendants removed this action from the Supreme Court of the State of New York, Westchester County based on diversity of citizenship. ECF No. 3. Subsequently, on October 31, 2024, this Court ordered Defendants to show cause that removal is proper. *See* ECF No. 4. In particular, the Court raised concerns that the removal notice did not fully detail the membership of the parties to the action—who are all limited liability companies—so as to demonstrate complete diversity. *Id.* On November 7, 2024, Defendants filed a letter purporting to show that this Court has subject matter jurisdiction over the action. ECF No. 5.

The Court has reviewed Defendants' submission and agrees that it shows that the Court can properly exercise subject matter jurisdiction over the action based on diversity of citizenship. As such, the Court will schedule an initial pre-trial conference by separate order.

Dated: November 12, 2024
       New York, New York

                                       SO ORDERED.

                                       *Jessica Clarke*

                                       JESSICA G. L. CLARKE
                                       United States District Judge